MEMORANDUM OPINION




No. 04-03-00442-CV



Pete SIMPSON,


Appellant



v.



Ivan LOURIDO and Pilar Lara,


Appellees



From the 293rd Judicial District Court, Zavala County, Texas


Trial Court No. 00-06-10136-CV


Honorable Rey Perez, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: October 1, 2003


DISMISSED

 Appellant has filed a motion to dismiss this appeal. According to appellant, the parties have entered
into a settlement agreement. We, therefore, grant the motion and dismiss the appeal. See Tex. R. App. P.
42.1(a). Costs of appeal are taxed against the parties who incurred them. 

 PER CURIAM